[No. 20277-4-I. Division One. September 19, 1988.]

RAINIER NATIONAL BANK, *Appellant,* v. HA HOANG PORTREY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86-2-00492-7, Byron L. Swedberg, J., entered March 26, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 20522-6-I. Division One. September 19, 1988.]

MICHAEL HOSKINS, *Appellant,* v. CAROLINE BAERTSCH, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-2-01648-1, Gerald L. Knight, J., entered May 12, 1987. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Williams and Pekelis, JJ.

[No. 20536-6-I. Division One. September 19, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH A. SHEPPARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 12050-IJ, Liem E. Tuai, J., entered June 5, 1987. *Reversed* by unpublished opinion per Winsor, J., concurred in by Swanson and Webster, JJ. Now published at 52 Wn. App. 707.